UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
June 6, 2012

No. 12-1114

George Vasquez, Appellant

v.

Warden Strada

(M.D. Pa. No. 11-cv-01710)

Present:    SLOVITER, SMITH and COWEN, Circuit Judges

    1.   Appellee's motion to designate Panel Opinion as Precedential.


Respectfully,
Clerk/tyw

_____ORDER_____

The foregoing motion is granted.  The Not Precedential Per Curiam Opinion filed on June 1, 2012, will be reissued as a Precedential Opinion.   The filing date of the Opinion and Judgment will not be changed.


By the Court,

/s/ Robert E. Cowen
Circuit Judge


Dated:       June 20, 2012
tyw/cc:      Mr. George Vasquez
              J. Justin Blewitt, Jr., Esq.